AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| SCHUYLER BROWN, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Civil Action No. 23-1383 |
| TURNER, et al., | ) |
| *Defendants* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: that Plaintiff Schuyler Brown's action against Defendants Turner, Walken, Johnson, Burns, and Stark is dismissed with prejudice; Plaintiff shall recover nothing on his claims against each of the named Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 3/19/2024

*CLERK OF COURT*

s/ Shig Yasunaga
*Signature of Clerk or Deputy Clerk*